

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## MEMORANDUM ORDER

Appellate case name:  L.F. v. Department of Family and Protective Services

Appellate case number:  01-10-01148-CV

Trial court case number:     0928149

Trial court: 311th District Court of Harris County

This Court ORDERS that the Clerk of the Court withdraw the mandate issued on August 7, 2012.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
☑ Acting individually     ☐ Acting for the Court

Date: August 24, 2021